UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. GAGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JANAN CAVAGNOLO, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-09208-HSG<br><br>**ORDER OF TRANSFER** |

Plaintiff has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is currently housed at California State Prison – Solano ("CSP-Solano"), in Vacaville, California. He has named as defendants CSP-Solano Warden Janan Cavagnolo and California Department of Corrections and Rehabilitation Secretary Jeffrey Maccomber. Plaintiff identifies Warden Cavagnolo's employment location as Vacaville, California, and Secretary Maccomber's employment location as Sacramento, California. Plaintiff alleges that Defendants have violated his rights under the First, Second, Fourth, and Fourteenth Amendments by retaining him in custody without a valid judgment. The events or omissions giving rise to Plaintiff's claim(s) occurred at CSP-Solano, which is located in Vacaville, California, and the named defendants are located in Vacaville and Sacramento, California. Vacaville is located in Solano County and Sacramento is located in Sacramento County. Both Solano County and Sacramento County lie within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). The relevant events took place in Vacaville. Venue therefore properly lies in the Eastern District. *See id.* § 1391(b).

//

//

//

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated:   10/29/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge

2