United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH E. GAGE,

Plaintiff,

v.

JANAN CAVAGNOLO, et al.,

Defendants.

Case No. 25-cv-09208-HSG

**ORDER DENYING AS MOOT MOTION TO CHANGE VENUE**

Re: Dkt. No. 3

Plaintiff has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. On October 29, 2025, this action was transferred to the Eastern District of California per the Court's Order. ECF No. 2. Subsequent to the transfer, Plaintiff filed a motion to change venue back to this District in both this action and in the Eastern District of California. Dkt. No. 3. The Court DENIES the motion to change venue that was filed in this action as moot as the Court no longer has jurisdiction over this case.

This order terminates Dkt. No. 3.

**IT IS SO ORDERED.**

Dated: 7/27/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge